IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40941
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN CORTEZ-AGUIRRE,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-99-CR-127-1
- - - - - - - - - - -
August 22, 2000

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Juan
Cortez-Aguirre (Cortez) has requested leave to withdraw as
counsel and has filed a brief as required by *Anders v.
California*, 386 U.S. 738 (1967). Cortez has received a copy of
counsel's motion and brief but has not filed a response. Our
independent review of the brief and record discloses no
nonfrivolous issue. Accordingly, counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further
responsibilities, and the appeal is DISMISSED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.